COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-084-CR

GREGORY ALLAN TOMPKINS                APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE COUNTY COURT OF MONTAGUE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Withdrawal Of Written Notice Of Appeal And Appellant’s Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See
 
Tex. R. App. P. 42.2(
a
),
 43.2(f). PER CURIAM

PANEL D: 
LIVINGSTON, DAUPHINOT, and HOLMAN
, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: March 31, 2005. 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.